# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

AGINAH KENDRICK,                     :

    Plaintiff,                           Case No. 3:11-cv-404

                                         District Judge Timothy s. Black
-vs-                                 Magistrate Judge Michael R. Merz
                                     :
WALGREEN COMPANY, et al.,

    Defendants.

## SCHEDULING ORDER

    This case is before the Court on Plaintiff's Motion to Compel (Doc. No. 20).   Under Judge Black's Calendar Order (Doc. No. 9), there are only thirty-five days left until the discovery cut-off.

    It is accordingly ORDERED that Defendants file any response they wish the Court to consider to the Motion to Compel not later than July 2, 2012; Plaintiff may reply not later than July 5, 2012.

June 26, 2012.

                                                             s/ *Michael R. Merz*
                                                    United States Magistrate Judge