# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**AGINAH KENDRICK,**          Case No. **3:11-CV-404**

    Plaintiff,

                        **Judge Timothy S. Black**

**-vs-**

**WALGREEN COMPANY,** *et al.*,

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

     **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion Summary Judgment (Doc. 32) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: November 19, 2012                          **JOHN P. HEHMAN, CLERK**

                                                            By: *s/ M. Rogers*
                                                            Deputy Clerk